LYLE C. CAVIN, JR., SBN 44958
RONALD H. KLEIN, SBN 32551
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Telephone: 510-444-2501
Facsimile: 510-444-4209

Attorneys for Plaintiff,
FAUSTINO O. DUNGCA, JR.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTINO O. DUNGCA, JR. <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN SHIP MANAGEMENT LLC, and DOES ONE through FIVE, Inclusive, <br><br> Defendants. | Case No. C 04 0693 CW <br> [Related] <br><br> **STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |

This case having been fully compromised and settled, the parties hereby stipulate pursuant to F. R. C. P. Rule 41(a)(1) and request the Court to order that this action be dismissed with prejudice, each party to bear its own costs.

Dated: June 10, 2005        LAW OFFICES OF LYLE C. CAVIN, JR.

By: _____
Lyle C. Cavin, Jr.
Attorneys for Plaintiff
Faustino O. Dungca, Jr.

Dated: June    , 2005        COX, WOOTTON, GRIFFIN,
                             HANSEN & POULOS

By: _____
Terence S. Cox
Attorneys for Defendant
American Ship Management

|   |   |
|---|---|
| 1 | IT IS SO ORDERED. |
| 2 | Dated: ~~June~~ July 18, 2005 |
| 3 | _____ |
| 4 | Claudia Wilken |
|   | United States District Judge |



LAW OFFICES OF
**LYLE C. CAVIN, JR.**
A PROFESSIONAL CORPORATION
TELEPHONE - (510) 444-2501
FACSIMILE - (510)-444-4209
201 FOURTH STREET, SUITE 102
OAKLAND, CALIFORNIA 94607